**1**

Ben SHULMAN et al., Petitioners, v. Hugh WELLS, Trustee in Bankruptcy of Standard Clothing Manufacturing Company, Respondent.

(Circuit Court of Appeals, Sixth Circuit. December 7, 1926.)

No. 4707.

Petition to Revise on Order of the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

Sidney N. Weitz and A. V. Cannon, both of Cleveland, Ohio, for petitioners.

Marc J. Grossman, of Cleveland, Ohio, for respondent.

Before DENISON and MOORMAN, Circuit Judges, and HOUGH, District Judge.

PER CURIAM. There being no finding of fact, as contemplated by our rule 34 (2), we cannot find in the record any issue of law for our consideration. See Re Novo Pathic Co. (C. C. A. 6) 14 F.(2d) 955, Oct. 16, 1926.

The case illustrates the necessity for insisting upon findings under this rule. It is a petition for a "turnover" order. The evidence of an accountant for the trustee is said to show a shortage; the accountant for the bankrupts shows a loss from sales below costs. This loss is claimed to be a complete explanation for the shortage, and thus to leave no legal basis for the referee's conclusion that the bankrupt was keeping property back from the trustee. This depends upon whether the trustee's accountant's finding related to property which had not been sold at all, and so must be on hand. Upon this question there is nothing in the record to compel a negative answer, even if we might go to the referee's certificate for findings.

Petition dismissed.

═══

**2**

Charles SIDOTE, Plaintiff in Error, v. UNITED STATES, Defendant in Error.

(Circuit Court of Appeals, Sixth Circuit. December 7, 1926.)

No. 4676.

In Error to the District Court of the United States for the Eastern Division of the Northern District of Ohio; Paul Jones, Judge.

Henry A. Pollack, of Cleveland, Ohio (Mooney, McCormack, Roth & Pollack, of Cleveland, Ohio, on the brief), for plaintiff in error.

Mr. John B. Osmun, Asst. U. S. Atty., of Cleveland, Ohio (A. E. Bernsteen, of Cleveland, Ohio, on the brief), for the United States.

Before DENISON and MOORMAN, Circuit Judges, and HOUGH, District Judge.

PER CURIAM. Affirmed. The counts for possession and sale were supported by substantial evidence; and the single sentence was permissible under these counts without reference to the nuisance count.

═══

**3**

J. C. SMITH, Plaintiff in Error, v. Speed MANKIN, Defendant in Error.

(Circuit Court of Appeals, Fourth Circuit. November 19, 1926.)

No. 2541.

In Error to the District Court of the United States for the Western District of Virginia, at Big Stone Gap; Henry Clay McDowell, Judge.

R. T. Irvine, of Big Stone Gap, Va. (A. A. Skeen, of Clintwood, Va., on the brief), for plaintiff in error.

George C. Sutherland, of Clintwood, Va. (S. H. Sutherland, C. Rufus McCoy, Roland E. Chase, S. H. & George C. Sutherland, and Chase & McCoy, all of Clintwood, Va., on the brief), for defendant in error.

Before WADDILL and ROSE, Circuit Judges, and McCLINTIC, District Judge.

PER CURIAM. The plaintiff in error, the defendant below, has no cause to complain of the rulings of the District Court taken as a whole, and his adversary has not sued out a cross-writ.

Affirmed.

═══

**4**

SOUTHERN RAILWAY COMPANY v. CITY OF KNOXVILLE.

(Circuit Court of Appeals, Sixth Circuit. June 30, 1926.)

No. 4209.

In Error to the District Court of the United States for the Eastern District of Tennessee; Zenophon Hicks, Judge.

L. D. Smith, of Knoxville, Tenn., and S. R. Prince, of Washington, D. C., for plaintiff in error.

Fowler & Fowler, of Knoxville, Tenn., for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.